ERIC GRANT
United States Attorney
DHRUV M. SHARMA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING, AS LOAN SERVICER AND ATTORNEY-IN-FACT FOR U.S. BANK NATIONAL ASSOCIATION, BUT SOLELY AS A TRUSTEE ON BEHALF OF GCAT 2022-NQM4 TRUST, <br><br> Petitioner, <br><br> v. <br><br> JEDREK UPTON; UNITED STATES OF AMERICA, <br><br> Respondents. | 2:26-MC-00034-JAM-AC <br><br> **STIPULATED REQUEST AND ORDER TO VACATE HEARING ON ANCILLARY PETITION FILED BY NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** |

## STIPULATED REQUEST TO VACATE ANCILLARY HEARING

As set forth herein, the United States of America and Newrez LLC dba Shellpoint Mortgage Servicing ("Shellpoint"), by and through undersigned counsel, agree and stipulate that the parties have determined that an ancillary hearing set for June 30, 2026, is unnecessary.  This request is based on the United States' and Shellpoint's agreement to move forward via an interlocutory sale of the real estate forfeited by the defendant, the *in rem* defendant 3115 Wise Road in Lincoln, California.

The Court has approved the interlocutory sale on the terms submitted by the parties [ECF No. 25, *U.S. v. Jedrek Upton*, Case No. 2:25-CR-00237-JAM], thus a hearing on the petition is not warranted and

1

Stipulated Request and Order to Vacate Ancillary Hearing

the parties request it be vacated from the Court's calendar.

IT IS SO STIPULATED.

Dated: 4/9/2026

ERIC GRANT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
DHRUV M. SHARMA
Assistant U.S. Attorneys

Dated: 4/9/2026

/s/ Jonathan C. Cahill
IAN A. RAMBARRAN
JONATHAN C. CAHILL
Attorneys for Claimant Newrez LLC dba Shellpoint
Mortgage Servicing, as loan servicer and attorney-in-fact for U.S. Bank National Association, but solely
as a trustee on behalf of GCAT 2022-NQM4 Trust

(Authorized by email)

## ORDER

For the reasons set forth above, the hearing on the ancillary petition (ECF No. 4) is **VACATED**.

The Claimant's Petition for Ancillary Hearing re Interlocutory Sale of 3115 Wise Road, Lincoln, California (ECF No. 1) is **DENIED as MOOT**.

The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: April 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulated Request and Order to Vacate Ancillary Hearing